# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY G. SELF,<br><br>    Plaintiff,<br><br> v.<br><br>FCA US LLC,<br><br>    Defendant.<br>_____/ | Case No. 1:17-cv-01107-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 85) |

On February 5, 2019, the Court noted that the parties had failed to respond to directives contained in the court's Pretrial Order (Doc. 68) and issued an Order to Show Cause why sanctions should not be imposed. (Doc. 85.) The parties were advised that the Order to Show Cause could be discharged by complying with the directives contained therein, and granted the parties until 12:00 p.m. on February 6, 2019, by which to respond. (*Id*. at 2.) On February 6, 2019, the parties each responded and provided to the Court four copies of their joint and separate exhibits as listed on the parties' respective exhibits lists and marked as previously directed. (Docs. 88 & 89.)

Accordingly, the Court's Order to Show Cause (Doc. 85) is hereby discharged. The parties will be expected to follow the Court's Pretrial Order (Doc. 68) and comport themselves with the Court's Trial Conduct and Courtroom Decorum protocol (http://www.caed.uscourts.gov/caednew/assets/File/SKO%20Trial%20Conduct%20and%20Decorum%20FINAL.pdf). Any further failure by the parties to follow the Court's procedures and orders will <u>not</u> be countenanced.

IT IS SO ORDERED.

Dated: **February 6, 2019**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE