**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
Roger Kirnos (SBN 283163)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973
Email:     stevem@knightlaw.com
           rogerk@knightlaw.com

**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
Sepehr Daghighian, (SBN 239349)
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 887-1333
Facsimile: (310) 887-1334
Email:     sd@hdmnlaw.com

Attorneys for Plaintiff,
**SANDY G. SELF**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDY G. SELF,** | Case No: 1:17-CV-01107-SKO |
| Plaintiff, | *Assigned to the Honorable Sheila K. Oberto* |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES** |
| **FCA US LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,** | |
| Defendants. | [Filed Concurrently with Memorandum of Points and Authorities, Declarations of Steve Mikhov and Sepehr Daghighian in Support of Motion] |
| | Hearing Date: April 17, 2019
Time: 9:30 a.m.
Courtroom #7 |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 17, 2019 at 9:30 a.m. in Courtroom 7 of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Sixth Floor, Fresno, CA  93721, Plaintiff Sandy Self  ("**Plaintiff**"), will and hereby does, move this Honorable Court for an award of attorney fees, costs and expenses pursuant to Civil Code § 1794(d) of the Song-Beverly Consumer Warranty Act. As the winner of this jury trial, Plaintiff is the prevailing party and entitled to recoup her attorney's fees, pursuant to the Song-Beverly Act.

Plaintiff therefore moves for an order awarding attorney's fees in the amount of $132,486.25 in attorneys' fees actually and reasonably incurred, plus a lodestar multiplier of 1.5 in the amount of $66,243.13 for a total of $198.729.38[1].

Plaintiff also moves this Court for reimbursement of verifiable costs and expenses in the amount of $21,726.72. The total amount requested by this motion, including costs, expenses, and attorney's fees, is $220,456.10.

This motion is based upon the Memorandum of Points and Authorities attached hereto, upon the Declarations of Steve Mikhov and Sepehr Daghighian attached in support hereof, upon such evidence, oral and documentary, that may be presented at the hearing, and upon the entire record of the case.

///
///
///
///
///
///
///

---

[1] Defendant may intend to file further post-trial motions.  In the event that Defendant does so, Plaintiff will necessarily incur additional attorneys' fees and costs in opposing such motions.  Plaintiff will, in that case, be forced to bring subsequent motions/memorandums in pursuit of those additional fees/costs.

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES

1    This motion is made following the conference of counsel which took place on
2 March 11, 2019.  On March 11, 2019 Plaintiff's counsel emailed Defendant's
3 counsel, in an attempt to meet and confer, an offer to compromise Plaintiff's
4 attorneys' fees, costs, and expenses. The email is attached as Exhibit "D" to the
5 Declaration of Sepehr Daghighian. The offer to compromise was ignored by
6 Defendant and Plaintiff was forced to bring this motion.

8 Dated:   March 14, 2019

9                       Respectfully submitted,
                        **HACKLER DAGHIGHIAN MARTINO & NOVAK,**
10                      **P.C.**

12                      _____
                        Sepehr Daghighian, Esq.
13                      Attorneys for Plaintiff,
                        **SANDY G. SELF**

# PROOF OF SERVICE
## (F.R.C.P. Rule (b)(2))

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 10250 Constellation Blvd., Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES**

| | |
|---|---|
| Scott Shepardson, Esq. | Kristi Livedalen, Esq. |
| ONGARO PC | NIXON PEABODY LLP |
| 50 California Street, Suite 3325 | One Embarcadero Center, 32nd Floor |
| San Francisco, CA 94108 | San Francisco, CA 94111 |
| Email: sshepradson@ongaropc.com | Email: klivedalen@nixonpeabody.com |
| **Counsel for Defendant,** | **Counsel for Defendant,** |
| **FCA US LLC** | **FCA US LLC** |

XX   BY EMAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2019 at Los Angeles, California.

        /s/Wayne Pagdilao
        WAYNE PAGDILAO